## ALTUS ALFALFA MILLING CO. v. TAPPAN.

No. 2592.  Opinion Filed November 14, 1911.

(119 Pac. 204.)

**APPEAL AND ERROR—Record—Delay in Filing—Dismissal.**   Appeal dismissed, upon the ground that the petition in error and casemade were not filed in the Supreme Court within the time limited by law.

(Syllabus by the Court.)

*Error from District Court, Jackson County; J. T. Johnson, Judge.*

Action between the Altus Alfalfa Milling Company and Charles A. Tappan.  From the judgment, the Milling Company brings error.  Dismissed.

*P. K. Morrill,* for plaintiff in error.

*Crane & Ready,* for defendant in error.

KANE, J.   This cause comes on to be heard upon a motion to dismiss, upon the ground that the petition in error and case-made were not filed in this court within the time required by law.

The motion must be sustained.   The record shows that on the 12th day of May, 1910, a motion for a new trial was overruled, and the plaintiff in error was granted 90 days within which to prepare and serve a case-made; that 10 days were given the defendant in error within which to suggest amendments, and said case to be settled upon 5 days' notice; that on the 11th day of August, 1910, counsel for plaintiff in error served his case-made.   The case was served one day out of time.   It is well settled that under such circumstances the appeal must be dismissed.

It is so ordered.

All the Justices concur.